## BYNUM *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 39, September Term, 1962.]

*Decided December 17, 1962.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY, MAR-
BURY and SYBERT, JJ.

PER CURIAM.

This application for leave to appeal from a denial of post
conviction relief was not filed within thirty days from the
passage of the order appealed from, as required by Maryland
Rule BK 46 a, and must therefore be denied.

*Application denied.*